**Order filed, June 19, 2018.**



In The

# Fourteenth Court of Appeals

————————

NO. 14-18-00395-CR
14-18-00396-CR

————————

**MARQUS SIRLS, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 338th District Court
Harris County, Texas
Trial Court Cause No. 1541904, 1542051**

## ORDER

The reporter's record in this case was due June 18, 2018. *See* Tex. R. App. P. 35.1. The court has not received a request to extend time for filing the record. The record has not been filed with the court. Because the reporter's record has not been filed timely, we issue the following order.

We order Julia Johnson, the court reporter, to file the record in this appeal **within 15 days** of the date of this order.

PER CURIAM